NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY S. SMITH, ) | No. C 08-05672 ~~JW~~ JF (PR) |
| Petitioner, ) | ORDER OF DISMISSAL |
| vs. ) | |
| SUBIA, ) | |
| Respondent. ) | (Docket No. 2) |

Petitioner, a state prisoner, filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has previously filed a petition for a writ of habeas corpus with this Court which was denied on the merits on August 17, 2000. See C-98-21062 JF (PR). The instant petition is therefore the second filed by Petitioner challenging the same conviction and sentence.

A district court must dismiss claims presented in a second or successive habeas petition challenging the same conviction and sentence unless the claims presented in the previous petition were denied for failure to exhaust. See 28 U.S.C. § 2244(b)(1); Babbitt v. Woodford, 177 F.3d 744, 745-46 (9th Cir. 1999). Additionally, a district court must dismiss any new claims raised in a successive

Order of Dismissal
P:\PRO-SE\SJ.JF\HC.08\Smith05672_dism-succ.wpd

1  petition unless the petitioner received an order from the court of appeals authorizing
2  the district court to consider the petition. See 28 U.S.C. § 2244(b)(2).
3      Here, the instant petition challenges the same sentence as the previous
4  petition and Petitioner has not presented an order from the Ninth Circuit Court of
5  Appeals authorizing this Court to consider any new claims.  Petitioner's first petition
6  was adjudicated on the merits in this Court's order denying the petition on August
7  17, 2000.  Accordingly, this Court must dismiss the instant petition in its entirety.
8      The instant petition is DISMISSED as a second and successive petition
9  pursuant to § 2244 (b)(1).
10     The clerk shall terminate all pending motions as moot. (Docket No. 2).
11     IT IS SO ORDERED.
12
13  DATED:  4/23/09
14                                  JEREMY FOGEL
                                    United States District Judge

Order of Dismissal
P:\PRO-SE\SJ.JF\HC.08\Smith05672_dism-succ.wpd        2